**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02037-REB-MJW

BALCARRES GROUP, LLC, a Nevada limited liability company, et al.,

     Plaintiffs,

v.

SIERRA FACTORING, LLC, a Colorado limited liability company, et al.,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **Motion To Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(I) By Grizzly Creek Leasing, LLC, Silver Mountain, LLC Five Point Ventures, LLC, Sierra Factoring, LLC, Thomas R. Anderson, and Virginia L. Brinkman** [#11], filed November 6, 2007.  The motion is **STRICKEN** for failure to comply with D.C.COLO.L.Civ.R. 7.1A.

Dated:  November 7, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.