**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02037-REB-MJW

BALCARRES GROUP, LLC, a Nevada limited liability company,
COLIN P. LINDSEY, an individual,
JANE E. LARK, an individual,
EMANUEL LARK, an individual, and
JIM LARK, an individual,

    Plaintiffs,

v.

SIERRA FACTORING, LLC, a Colorado limited liability company,
SILVER MOUNTAIN, LLC, a Wyoming limited liability company,
GRIZZLY CREEK LEASING, LLC, a Colorado limited liability company,
FIVE POINT VENTURES, LLC, a Wyoming limited liability company,
DLR FUNDING, INC., a Nevada corporation,
DLR FACTORING, INC., a Nevada corporation,
DK CORPORATION, a Colorado corporation,
NCFS FUNDING, LLC, a Colorado limited liability company,
KFG, LLC, a Colorado limited liability company,
1ST AMERICAN ALLIANCE, INC., a Colorado corporation,
THOMAS R. ANDERSON, an individual,
VIRGINIA L. BRINKMAN, an individual,
RUSSELL DISBERGER, an individual, and
DAVID KARST, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Notice of Voluntary Dismissal** [#13], filed November 7, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** [#13], filed November 7, 2007, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated November 8, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**